## Stephens et al., trading as Penn Fountain, Appellants, v. Lehnert.

Argued January 30, 1933. Before FRAZER, C. J., KEPHART, SCHAFFER, MAXEY, DREW and LINN, JJ.

*Orrin E. Boyle,* for appellants.

*S. H. Rupp,* of *Butz & Rupp,* for appellee.

PER CURIAM, March 20, 1933:
The judgment of the court below is affirmed on the opinion of the learned President Judge.